**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| BENITO ARAIZAGA MERCADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON HEALTH, LLC, a Delaware limited liability company,<br><br>Defendant. | ) | Cause No. 1:26-cv-02484-TWP-TAB |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to S.D. Ind. Local Rule 83-6(a), Brian J. Ellsworth respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Benito Araizaga Mercado and the proposed class in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States courts and state's highest courts:

Supreme Court of California (2019)
Supreme Court of South Carolina (2013)
United States Court of Appeals for the Ninth Circuit (2021)
United States District Court for the Central District of California (2026)
United States District Court for the Northern District of California (2020)
United States District Court for the Southern District of California (2020)
United States District Court for the District of South Carolina (2014)

2. I was admitted to the Minnesota bar on December 17, 2009. I moved to California in 2017. In 2019, I went on voluntary restricted status. The Minnesota Lawyer Registration Office separately lists my license as administratively suspended for nonpayment of annual renewal fees. The suspension was not disciplinary and involved no allegation or finding concerning my conduct

or fitness to practice. I have never otherwise been suspended from practice or disbarred, and I have never been reprimanded or otherwise disciplined.

3. I certify that I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 17, 2026

Respectfully submitted,

Brian J. Ellsworth (CA SBN 326756)
WILSHIRE LAW FIRM, PLC
660 S. Figueroa St., Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
brian.ellsworth@wilshirelawfirm.com
ConsumerLitigation@wilshirelawfirm.com

*Attorney for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, a copy of the foregoing Motion to Appear *Pro Hac Vice* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

No counsel has yet appeared on behalf of Defendant. I further certify that a copy of the foregoing will be served on Defendant Marathon Health, LLC together with the Summons and Class Action Complaint.

Marathon Health, LLC
c/o Agent for Service of Process:
COGENCY GLOBAL INC.
150 W. MARKET STREET, SUITE 400
INDIANAPOLIS, 46204

Respectfully submitted,

Brian J. Ellsworth (CA SBN 326756)
WILSHIRE LAW FIRM, PLC
660 S. Figueroa St., Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
brian.ellsworth@wilshirelawfirm.com
ConsumerLitigation@wilshirelawfirm.com

*Attorney for Plaintiff and the Proposed Class*